**DISMISS and Opinion Filed April 29, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00080-CV

**JOHN H. WHITFIELD AND TAMMY LYNN WHITFIELD, Appellants**
**V.**
**FIG TREE APARTMENTS, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-06144-C**

## MEMORANDUM OPINION

Before Justices Fillmore, Myers, and Evans
Opinion by Justice Myers

The Dallas County Clerk's Office notified this Court that the clerk's record had not been filed because appellants had not paid or made arrangements to pay the clerk's fee. In a letter dated February 25, 2015, the Court instructed appellants to file, within ten days, with written verification that payment or arrangements for payment of the clerk's fee had been made or written documentation that appellants have been found to be entitled to proceed without advance payment of costs. We cautioned appellants that failure to file the required documentation within the time requested would result in dismissal of the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

As of today's date, appellants have not filed a response. Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

/Lana Myers/
LANA MYERS
JUSTICE

150080F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

JOHN H. WHITFIELD AND TAMMY
LYNN WHITFIELD, Appellants

No. 05-15-00080-CV          V.

FIG TREE APARTMENTS, Appellee

On Appeal from the County Court at Law
No. 3, Dallas County, Texas.
Trial Court Cause No. CC-14-06144-C.
Opinion delivered by Justice Myers.
Justices Fillmore and Evans, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee FIG TREE APARTMENTS recover its costs of this appeal from appellants JOHN H. WHITFIELD AND TAMMY LYNN WHITFIELD.

Judgment entered this 29th day of April, 2015.